GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
GABRIELA BISCHOF
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        gabriela_bischof@fd.org

Counsel for Defendant HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–313 JD |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | |
| JOHN ARTHUR HUDSON, | |
| Defendant. | |

**Regarding: EXHIBITS A and B to the EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

1  ___ Unable to Scan Documents

2  ___Physical Object (description):

3  ___Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

4  __X__ **Item Under Seal**

5  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

6  ___ Other (description)

7

8                                            Respectfully submitted,

9
       May 19, 2021                          GEOFFREY A. HANSEN
10     Dated                                 Acting Federal Public Defender
                                             Northern District of California
11
                                                       /S
12                                           _____
                                             GABRIELA BISCHOF
13                                           Assistant Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit C

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


February 8th, 2021

Dear Judge Donato,

My name is Matt Hudson and I am writing to you on behalf of my father John Arthur Hudson. I would like you to know that the severity and shame that the decisions my father has made weighs heavily on our family. This betrayal will take generations to wear away and for our family to fully heal. This whole situation was unexpected and so out of character for the man that I thought my father was. The man I grew up with was an unselfish and loving Dad who was always thinking of others and would give you the shirt off of his back. He supported my sisters and I in our countless endeavors in a patient and nurturing way that most people would be envious of. He was the model of the man I have tried to become. He made moral and ethical decisions that were not easy, but were the right thing to do. That is why I cannot fully wrap my mind around what has transpired recently.

John's dedication to my mother and their marriage was legendary. He was never unwilling to take the extra step to make her happy and keep our family operating smoothly. He preached family first, no matter what the situation may be. That is something that I feel my sisters and I have taken to heart and will pass down to the next generation. This ideal was imparted upon us through the words and actions of my father. He, who would go totally out of his way, to pick up or drop off, to comfort or counsel, or to model the right decision for anybody, anytime. John never had a taste for material things. He did not drive a sports car, wear fine suits, or regale himself in useless adornments. He never asked for anything for himself. He gave all of his extra time and money to those he loved.

For decades my father was a respected member of the community. He was part of the Jaycees for a number of years, at which time I watched him take part in many charitable events that benefitted a broad spectrum of society. He was on many different coaching staffs, parent school boards, and legal counsels that usurped time with no pay. They were for the betterment of the community and the betterment of not only our athletic and academic education but many other young people's as well. John was also an established member of the San Carlos Church congregation and alongside my mother and grandparents participated in many outreach programs for the less fortunate.

I am a teacher and coach. Often, I am complemented on the way I communicate with children and young adults. This skill I learned from my father. He has an amazing way with kids and we have all enjoyed watching him fill his grandchildren's faces with joy. He has a small army of granddaughters and one grandson. He is larger than life to them, as he was to us. That is the thing that saddens me the most, that their time with him may be cut short.

In Conclusion, I know the actions of my father cannot go unpunished, my hope is that whatever decision you render allows him to reunite with his grandchildren at some point in the future. My father

has voiced his regret for his actions and the sadness he feels for putting our whole clan in an awkward, embarrassing and despicable situation. He is also guilt-ridden over the pain and suffering he has caused to those involved in this offense. I know that he has suffered immensely already because of his choices. His physical health is failing at a rapid pace due to the stress and anguish he has brought upon himself. He no longer has the respect of his friends and the community. He has relinquished the opportunity to practice his passion, the law. Painfully, my father has lost the adoration of his children, and the undying love of his wife.

This is a letter I never imagined I would be writing. John Arthur Hudson sat on a pedestal above all others in my eyes and to watch this fall from grace has humbled me. Therefore, your honor, I humbly ask for any leniency or mercy you may be willing to show my father and his family.


Respectfully,

Matt Hudson

Exhibit D

**Melissa Hudson Bell**



February 8, 2021

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Donato;

My name is Melissa Hudson Bell and I am the eldest daughter of John Arthur Hudson. I
work as an adjunct lecturer at the University of San Francisco, in the Performing Arts and
Social Justice department. I write to you today with an incredibly heavy heart. My father's
mistakes have shaken the core of our family, and we are all working diligently to reconcile
the person who was driven to commit a crime with the man we know and love. I wanted to
take this opportunity to share a bit about who I know my father to be, and to detail some of
the ways that I have seen him demonstrate compassion, love and dedication to our family
and our extended community.

As a youth, I admired my dad's curiosity about the world and tried to model myself after
him. We used to sit together thumbing through the children's encyclopedia set and I would
be dazzled at his knowledge and challenged by his questions. His interest in far off places
inspired my love of travel. His passion for the Phantom of the Opera inspired my pursuit of
theater and dance. His insistence on tucking my siblings and I in bed at night with
imaginative made-up bedtime stories featuring us as explorers and princesses and
firefighters who saved the day encouraged me to be unafraid, and to help others in need.

He was a father who was eager to provide for his wife and children, sacrificing his own
sleep, his own meals, his own aspirations to create a beautiful life for us. He poured himself
into every dance concert, softball tournament, piano recital, and football game that my
brother, two sisters and I undertook. In the times when I fell off the gymnastics beam in
competition, he would be there holding up a score of "10" for my smile. When I felt
uncomfortable at a high school leadership retreat, he turned around and drove an extra
two hours to pick me up and bring me back home. He brought me care packages in
college, he clipped newspaper articles for me about admirable female leaders and sent
them in the mail when I moved away. He told me that with hard work and persistence I
could be and do anything and I believed him, because I was able to see myself through his
eyes. I went on to get an MFA and a PhD, and ultimately to teach college students,
because he so passionately shared with me his love of learning.

He and my mother created a safe, loving home where we shared innumerable meals
around the dinner table, and this table became a centerpiece, a magnet, for friends and
acquaintances alike. Our house became the home where folks gathered, and subsequently
my father provided many of our friends and their families with support - driving the
carpools, donating time and money to school fundraisers, and diligently washing the dishes
late at night to reset for the next day.

One area in which I saw him exhibit exceptional care was in the dedication he showed to my maternal grandparents. After all my dad's children had moved out and moved on, he and my mother took my grandparents in. As they aged and their mobility became limited, he took them to countless doctor's appointments, helped them attend mass and the other church functions that were important to them, even literally picked my grandfather up off of the floor a time or two after he had taken a fall. He did so without complaint, feeling deeply that family always comes first and that his highest calling was as a caregiver and provider to his family.

I could not submit this letter without also mentioning my father's boundless joy in and devotion to his nine grandchildren. I believe it is they who would suffer the most loss if he were unable to see them for a period of time. He is known to them as "Pop-Pop" and he has been unequivocally declared by all three of my children (ages 9, 6, and 2) just about the funniest and most fun guy around. He writes them silly songs and indulges them with donuts. He has been known to dress up and attend the tea parties they host with their dolls. He is the most ardent fan of their "crazy cousin band" concerts, and he attends all of their games and plays and major life moments, just as he did for me and my siblings.

It is only in the last year or so that I have come to understand that my father's most recent years had also been marked by deep shame and discomfort about his wrongdoings. I have no doubt that the mistakes he made were not done out of malice, but out of desperation as he attempted to keep the family home and continue supporting my mom and her parents. He is well aware that he has done wrong, and he has confided in me a deep remorse for the pain and difficulties this has caused his former clients and his family. I ask that as you consider his case, you treat him with leniency and mercy. He is a man who has worked hard and sacrificed much, and who I wish could now be releasing himself gently into retirement at the age of seventy. The weight of his wrongdoings has taken a grievous toll on his health. He coughs incessantly and has difficulty walking, and the shame he carries prevents him from reaching out to friends and family for support. He is a man who loved being in community, who flourished when surrounded by people, and yet who now lives, dines, and walks alone most of the time.

I thank you for your time and consideration, and for your fair and measured treatment of my father's case.


Respectfully,


Melissa Hudson Bell

Exhibit E

February 3, 2021

Dear Judge Donato,

My name is Elizabeth Rede, I am the daughter of John Arthur Hudson. I am 38 years old. I live in Elk Grove, California with my husband, an elementary school administrator, and our two young daughters ages 5 and 7. I am a public elementary school teacher in Sacramento Unified School District.

I am writing to tell you about the man that raised me and who helped me become the person I am today. My father, John Arthur Hudson,  has been an integral part of my life. When I reflect on my life, I can't think of many milestones that my father was not part of. He coached my little league softball teams, was at every game, every class play, every father daughter dance. He taught me to ride a bike, drive a car, and play chess. He encouraged me to get good grades, study hard, and go to college so I could reach my goals. He helped me study for exams, revised my papers, listened to my presentations, and stayed up late to help with projects. My love of literature, history, writing, and poetry came from my father, which inspired me to go into the field of education. My father was not only there for me and my siblings but our childhood friends and their families loved him too. He led school carpools, coached, and treated everyone like family.

My father is a religious man. We were raised Catholic and we attended church each Sunday. He volunteered in the church community to raise money for various events and was part of the parent body supporting students like me through catechism. He was part of the Italian Catholic Federation in Monterey and worked with my grandparents to put on community dinners. He spent many Sundays organizing meals, activities, and events to raise money for the church and catholic school. He was always part of the booster club at our schools and loved to support youth sports. He would volunteer his time and help raise money for our many youth sports teams over the years. My father instilled in me family values. My father invited my mother's parents, my Grandparents, to live with them after my Grandfather's congenital heart disease worsened. He drove my Grandfather to medical appointments, helped take care of my Grandfather's medical needs, and provided them with a safe place to live and be cared for. Before my Grandfather passed, I witnessed my father on many occasions feeding and bathing him.  My father instilled in me core values like service, compassion, and generosity. He led by example.

I can't imagine my life without my father present. His presence will be missed while incarcerated. This has left a huge hole in my heart and in our family. My children will not understand why they can't see their beloved Pop Pop. My father is a wonderful Dad but he is an incredible Grandfather. He loves all of his Grandchildren deeply, eight granddaughters and one grandson. I have not seen my father cry many times in my life but witnessed the most heartfelt

tears fall down his cheeks and the birth of my daughters. His grandchildren are his biggest pride and joy. He loves to make them laugh, comforts them when they are sad, and encourages them just as he did with me. The thought of my kids growing up without him breaks my heart.

It has been hard to watch my father's health decline over the years. He has struggled with ongoing health issues such as sleep apnea, arthritis, digestive disease, and a chronic debilitating cough and throat issues. His mobility has significantly declined over the last decade and I know these physical ailments were and continue to be a daily struggle. His ability to carry out daily tasks and continue his law practice was becoming too much, which I believe may have contributed to his poor choices. These ailments have only become worse since while going though these legal proceedings. The stress, anxiety, and sadness has left a lasting impact on his mental and physical health. I know my father feels deep remorse for his actions. He has told me time and time again.  Please know the man you see on paper is not the man I know and love. I am asking that you treat my father with leniency and with mercy.


Respectfully Yours,


Elizabeth Rede

Exhibit F

Gina Salinger



February 5th, 2021

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Donato:

My name is Gina Salinger and I am the daughter of John Arthur Hudson. I want to express my sorrow in writing this letter and what sadness it brings me to have come to terms with my father's undoing and mistakes. I want to take this opportunity to share with you who I know my father is how he has positively impacted my life and those around him.

My father has always been an integral part of my life. Although I am now 38 years old with my own family, my father will always be, in my mind, the stronghold that has held our family together and the presence that has always been steadfast and unwavering. Throughout my entire life he has always been a model father, providing, guiding, and encouraging myself and my siblings to be genuine, faithful, and authentic individuals. He demonstrated kindness towards others, sacrifice, and was an active participant and cheerleader for our various activities and schoolwork. He instilled in us the value of education, faith, and most of all the importance of family. Our home was always bustling with friends, activity, big family dinners, and laughter. He, along with my devoted mother, raised us to be honorable, empathetic, and successful individuals.

My father was well known in the community and he and my mother were very active in church and within their circle of friends. My father was devoted to my mother's parents and for many years cared for them in their home. I watched my father hold my Grandfather's hand as he passed away. Throughout my life anytime someone needed a tire fixed, legal advice, a ride somewhere, or simply a gallon of milk at the store, my father would always be the one to volunteer. He coached our softball teams, cooked BBQ at fundraisers for the high school football team, and was always at every theatre production, horseback riding lesson, graduation ceremony, and birth of a grandchild. He drove me to College and my first day of Culinary School. He would always eat in every restaurant I worked in, beaming with pride. His generosity and loyalty was never in question. He was devoted to my mother and had, what we considered, an unwavering love for her. Having been together since high school, we would often tease that they were inseparable and could not live without each other.

I believe my father's greatest joy is his nine grandchildren who adore him and love to play with their "Pop Pop". To his grandchildren, he is a larger than life presence, taking them for donuts, creating imaginary stories, making funny faces, and putting too many bubbles in the bathtub to their delight. He gives the best hugs and will always indulge their belief that their Pop Pop doesn't know how to count numbers or remember the correct words to songs, often changing the lyrics. His love for his grandchildren is clear.

I would not consider my father an outwardly open individual, often contemplative and stoic. His demeanor has always been strong and steady. We always trusted his words, actions, and advice, knowing that he always had our best interest at heart. My father didn't speak often of his childhood other than fond memories with his large family and his time in boarding school. His upbringing was unconventional but always seemed loving. Because he and my mother married young, their life together and raising a family together has always been his greatest success. As I am older now, I have come to understand that there is a lot to my father that I don't and probably will never know and understand and that hurts me deeply.

My father's choices have led him to his current situation and has put our family in disbelief and created great loss and deep distress. I have been grieving over the loss of my father as I knew him. I believe my father's intentions were never malicious, though they created harm, distrust, and regret. I know my father is remorseful and the extent of that grief and pain I will never know. His health has failed dramatically and he has lost the sparkle in his eye that I once saw. The weight of his decisions shows greatly.

I understand that my father has expressed guilt and he will be tried accordingly. I ask that he is treated with mercy and leniency. I want you to understand that although my father has made indefensible choices, he is a human being with his own internal struggles, inadequacies, and perhaps unidentified mental health issues. Although the shame surrounding his actions is immense and his choices have divided our family and negatively impacted friends, associates, his career, and those who put their trust in him, I know my father to be a good person and deserving of a fair punishment. Thank you for your time and consideration.


Respectfully,


Gina Salinger

Exhibit G

**Walter Kamau Bell**



February 8, 2021

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Donato;

My name is Walter Kamau Bell. My professional name is W. Kamau Bell. Professionally I am a stand-up comedian, a television host on CNN's United Shades of America, and an executive producer. In my personal life, I am the husband of Melissa Hudson Bell, the daughter of Art Hudson. I have known Art Hudson since spring of 2003, shortly after Melissa and I began dating. Melissa and I have been married since 2009. I just include all of this to let you know that I have been around the Hudson family for nearly 18 years. And I have been a member of the Hudson family for nearly twelve years. The Hudsons are a very close family. Art and his wife Chris welcomed me into the family from the very beginning. There have been countless family gatherings, vacations, weddings, and funerals. In my time I have seen that they always show up for each other. And not just one or two show up. The entire group shows up whenever any one member needs help. I often joke that they don't even like to be in different rooms from each other even when they are in the same house.

I have also witnessed from the outside how much pressure being the family provider has put on Art. It is in no way an excuse for what he did, but it is clear he held himself to a high standard. I wish he had just been honest with our family about the fact that things were not going as well as he had led them to believe.. I'm sure they would have rallied around him, as they regularly did for each other. And like he regularly did when they needed him. Whenever his kids (Matt, Melissa, and the twins Beth and Gina) have gone through difficult financial times, Art and Chris have always welcomed their children back into the home to live as long as they needed.  Or when Gina went through her divorce, Art helped her figure out how to separate physically and financially.  Or when Beth had a serious health scare and we all thought she might die, Art was at the hospital everyday. His effort to be the dad of their dreams, who could fulfill all of their needs and wants, clearly led him to make some awful choices. I feel terribly for the people who trusted him with their property. And I sincerely hope Art can figure out how to make things right with them.

I just hope that making things right with them doesn't include taking him away from our family. I hope a plan for restitution can be formed. I can't imagine how angry the people he stole from must be. I certainly empathize with them. I just also don't want my three daughters and Art's six other grandkids to lose their grandpa to prison. He is in his 70's. He is not healthy. And I'm sure he can be of more service to the victims and to his community on the outside using his skills  than in jail. I would happily be a part of helping to come up with a plan. And I would also happily be a part of helping Art put that plan into action. In the middle of the pandemic and all that has come with it, there has to be some good that comes out of this. And I hope you can see your way to a solution that allows Art to both make good on what he did and keeps our family intact.

Thank you, Your Honor.

W. Kamau Bell

# Exhibit H

February 7, 2021

To:    Honorable James Donato
       United States District Judge
       c/o Gabriela Bischof
       Office of the Federal Public Defender
       Room 19-6884, Box 36106
       San Francisco, CA 94102

From:  Jenny Hudson
       Daughter in-law of John Arthur Hudson



Re:    Leniency Request for John Arthur Hudson


Dear Judge Donato,

I am writing this letter to support my father in-law, John Arthur Hudson (Art). I have known him for twenty-one years, and during this time have known him to be an over-the-top loving and caring dad and grandfather. From the day Matt and I started dating, Art has treated me like a daughter and loved me just as he loves his own kids. Art is always there for me, whether it is a quick text or phone call. I love him just as I love my own dad. In every one of his actions, Art consistently shows that family is #1. He is kind, funny, and always finds a way to make everyone in the room feel included.

My daughters Allie (12) and Julianne (8), are two of nine grandchildren whom Art showers with affection, laughter, and playtime fun. They call him Pop-Pop. Allie and Julianne adore Pop-Pop and cherish the time they get to spend playing and laughing with him. My younger daughter Juju has learning differences. When Juju was a baby and toddler, Art was oftentimes the only person who could calm her and make her laugh, so we called him "the Juju Whisperer." To this day, Art and Juju share a special bond; he is truly her hero. Pop-Pop is known for squirting a little whipped cream on my girls' fingers for them to lick off, all the while laughing uncontrollably. They play games, read books, create forts, and at night Pop-Pop is infamous for his hilarious, imaginative night-night stories. The love Art shares with all his grandchildren is something incredibly special for our entire family. Many times, I have watched him tuck in my daughters and thought to myself that I hope to be a grandparent exactly like him. With Pop-Pop, they feel safe, special, cared for, and loved.

I know that Art made a mistake and must adhere to the consequences of his wrongdoing. I only ask for leniency in his sentencing, to keep him in our lives, most especially the lives of his nine grandkids who gain so much joy from their time together. He is incredibly important to all of us. Thank you for your consideration of this request and please do not hesitate to contact me should you have any questions.

Respectfully,

Jenny L. Hudson

Exhibit I

February 11, 2021

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Donato,

My name is Kelly Twibell Sanchez. I am 43 years of age and work as the Interim Director of the Early Childhood Laboratory at the University of California, Davis. I have known Mr. John Arthur Hudson since I was twelve years old. His daughter Melissa Bell and I have been very close friends since that time. The Hudson family was my second home during middle school, high school, and young adulthood. I joined them for family dinners, vacations, weddings, and other significant life events. While I am aware of Mr. Hudson's current legal difficulties and regretful choices, they do not reflect my personal knowledge and relationship with him. I know Mr. Hudson to be a deeply committed family man; he is generous and loyal. Mr. Hudson has a special twinkle in his eye when he is with his family. He delights in the stories and experiences they share. I feel fortunate to have been witness to such warmth and amicable family relationships.

Mr. Hudson's care and kindness extends beyond his family. One of my most favorite memories illustrates his willingness to help others. My sister (age 14) and I (age 19) were home alone while my parents were on a weekend away with friends. While we were playing with our family dog, we felt an unusual lump on the back of his neck. Upon separating his fur, we noticed an exceptionally plump tick. It was about one inch in length. My sister and I shrieked with terror and puzzled as to what to do. We used the internet (still in its earliest form) to search remedies and elected to smother the tick with Vaseline. Needless to say it did not work. We decided to call someone we trusted for help. Even though it was late at night, Mr. Hudson quickly came over to our house, playfully laughed at the scene he entered—two ridiculously scared young women with a dog covered in Vaseline; removed the tick, and helped tidy up the mess we created.

I know Mr. Hudson deeply regrets his actions as it relates to his current legal challenges. He has not only caused others to suffer from his bad professional choices, but his family now must also absorb the consequences of his actions. His "golden years" should be spent savoring a lifetime with his wife, relishing in his children's successes, and dotting on his grandchildren. It is my hope that in holding Mr. Hudson accountable for his criminal acts you show leniency and mercy.

I thank you for your time and consideration in reading this letter.


Respectfully,

Kelly Twibell Sanchez, M.S.

Exhibit J

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Donato:

My name is Robert(Rob) Hudson, I am 72 years of age, and am one of John A. Hudson's, whom we know as Art, 4 brothers. I am writing you on his behalf, as he awaits your sentencing, in the legal matter before you later this month.

Firstly, may I apologize for any format errors in this letter. I am submitting it on my modest I-phone, and must admit, am not very technically sophisticated.

Art and I are 21 months apart in age. We grew up in a wonderful family, led by our devoutly Catholic parents. We spent our youth as brothers do, playing together, occasionally arguing, but accepting our Dad's mantra that a friend may not always be a brother, but your brother will always be a friend. So it is to this day. As young boys, our 2 youngest brothers, Mike and Jim, shared a bedroom, as did Art and I, with older brother Tom having his own. That arrangement lasted essentially from 1954-1969. Though we were away in high school and college during most of the early to late sixties, we spent a great deal of time together.

Art was the "brainiac" in our gang. We all(with Tom's exception) attended a Jesuit preparatory school, Bellarmine, in San Jose, CA. I went on to Marquette University, and our 2 youngest brothers to Loyola Marymount, offering more Jesuit education. Art chose Stanford. One of my distinct memories from that time was that I came to learn that he returned our Dad's tuition check, because he had secured a spot with the Stanford Fire Department, had room and board, and didn't need parental help any longer. I wish that I could have been as generous during my years in Milwaukee, but that did not happen.

After graduation, Art attended McGeorge School of Law, and went on to practice law successfully in the Monterey, CA area for many years. Until this incident, he has been a devoted husband to Chris, for over 45 years, a great Dad to four terrific adult children, and the proud grandfather of 8. I personally believe that his greatest heartache is the alienation from his family, who mean the world to him, as he does to us.

Your honor, my request is this. That you judge the totality of the man, and his contributions to that family, the legal community, and otherwise. He made a terrible mistake, for which he

has accepted responsibility, and is fully prepared to face his errors, and the price he must pay. My sincere request is that you consider some measure of leniency, so that he can atone for his huge mistake, and begin reconciliation with his family.

I am most grateful for your consideration, and in wishing you much success in your continued professional pursuits, I am,

Respectfully,

Robert K. (Rob) Hudson



↺ Reply all | ∨     🗑 Delete     Junk | ∨     •••                 ✕

# Art Hudson



**Rob Hudson** ███████████                           ↺ Reply all | ∨
Yesterday, 11:01 AM

Gabriela Bischof ⌄

Inbox

Label: Purge Old Mail (20 years) Expires: 5/13/2041 11:01 AM

Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Public Defender
Room 196884, Box 36106

San Francisco, CA 94102

Dear Judge Donato:

I am writing you again, at the invitation of my
my brother's (John A. Hudson) attorney, Gabriela Bischof, to share some insight, regarding his recent medical diagnosis of pulmonary fibrosis, and how it may be considered in your sentencing phase.

This awful condition is a permanent scarring of the lungs, for which there is no cure. How do I know this? I myself have lived with it for nearly 4 years. There are medications, and very expensive, as you might imagine, that can be prescribed in hopes of slowing the progression, but I can assure you, I have lost most of the quality of my life since August of 2017, and attached to an oxygen concentrator 24/7 is no walk in the park!

The medical reports that I follow describe, on average, a 2-5 year life expectancy after diagnosis. I believe Art's condition was found in recent months, and I can only imagine a complicated prognosis of treating this condition, while incarcerated.

Thank you, your time and attention to this matter. The Hudson brothers are completely supportive of Art's circumstances, going forward.

Respectfully yours,
Robert K. (Rob) Hudson
Sent from my iPhone

Exhibit K



# OAK BROOK DENTAL GROUP

Oakbrook Professional Building

120 Oakbrook Center     Suite 326     Oak Brook, Illinois 60523

**Phone: 630.990.7766**     Fax: 630.990.8570

Honorable James Donato

United States District Judge

C/O Gabriela Bischof

Office of the Federal Public Defender

Room-19-6884, Box 36106

San Francisco, CA 94102

Dear Judge Donato,

My name is James Hudson. I am the youngest child of 6 born to William Thomas and Cecile Hudson. I am 67 years old. I am a practicing Dentist (41 years) in Chicago and I am a father of 5 children and 3 grandchildren. A forth grandchild is on the way. My brother John Arthur Hudson will be appearing before you in the next few weeks. I have known John my entire life and am a better man because of it. He was always my protector in my early years along with my other 3 brothers. I have always respected his opinion on any matter but especially those opinions related to family and how important family is. John chose to get married and start to raise his family at an early age. His family in my opinion is and has always been everything to him.

I find myself perplexed at the current situation. John has always had a keen conscience and we have shared many conversations about life and right and wrong. I have supported him in the ups and downs of life and I have always felt supported and loved by him. He has always shared sage advice in my time of need which has helped remind me of the importance of family. I do not know the answers as to why John did what he did but I can honestly tell you to the best of my knowledge that this incident is the only time I know of that he has "crossed the line". I pray for his well-being and that you please sentence him with all the good he has done for his family, friends and clients in mind.

Respectfully yours,

James V. Hudson

# Exhibit L

David & Lori Hudson



Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Wednesday, February 10, 2021

Dear Judge Donato:

My name is David Hudson, and I, along with my wife Lori, are writing to you today on behalf of my uncle, Mr. John Arthur Hudson. We are arts non-profit professionals in our 30s, and after a decade in NYC now live in Indianapolis, IN and co-run The New Harmony Project, which supports writers developing stories for the stage and screen that celebrate hope and the dignity of the human spirit. We have two young daughters, Isabel (5) and Bridget (2).

My father's family is large and close-knit and have always been a major presence in our lives. Even when we moved from California when I was a baby to the east coast and eventually settled in Texas, there were always family events and celebrations throughout my childhood that brought the family together. Like most Hudson men, my uncle is a big guy with a big laugh, and always told the best stories. His kids were older than my brother and me, so it wasn't until I was grown and living in New York City that we really started to reconnect. When Art's daughter, my cousin Melissa, moved with her family to New York, we became very close. Whenever my uncle and aunt were in town visiting, we would all get together for meals and stories. There was nothing quite like seeing the sparkle in Uncle Art's eye when his granddaughter would dangle a pepperoni in front of him or bop him on the nose. I remember well a night when my parents were in town at the same time as Uncle Art and Aunt Chris, when we were all out to dinner together and Uncle Art (or "Pop Pop" to Sami), and my dad (quickly dubbed "Not Pop") were making jokes and vying for Sami's attention the whole night. The smiles, giggles, and joy that filled the pizza parlor that night are common whenever Uncle Art is around. On a visit to Northern California for my birthday in 2015, we gathered with Art, Chris, and all of the kids for a big family dinner. The grandkids could not stay away from Uncle Art, telling him jokes and stories, showing him videos on their iPads, and laughing at nearly everything he said or did.  If there is one thing that is for certain about Uncle Art, it is that he is a loving, caring, and doting grandfather. I know that my own father recognized that in him, and I often see him channelling Pop Pop as he now interacts with my daughters.

I recognize that no one is perfect, but it is my hope that this letter demonstrates the deep love that my uncle has for his family, and especially his grandchildren. He is a good man, and it was honestly shocking to hear about his transgressions. I am sure that this has weighed heavily on him, and I cannot imagine a world where he would allow his mistakes to ever occur again. The fact that he is taking responsibility for his actions, owning up to his mistakes, and accepting the consequences is, I believe, an example of his true character. I hope you will consider all the happiness and joy he has brought to our family, and the wonderful grandfather he has the potential to still be.

Please don't hesitate to reach out if I can be of further assistance or answer any additional questions about my Uncle Art. I hope your judgement will be fair, merciful, and consider all he means to our family.

Respectfully yours,

David Hudson          Lori Wolter Hudson

Exhibit M

February 7th, 2021

To: Honorable James Donato
United States District Judge
c/o Gabriela Bischof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

From: Delores M. Noeldner
Family friend of John Arthur Hudson

Dear Judge Donato,

I am writing this letter to support John Arthur Hudson (Art). Our daughter, Jenny, is married to Art's son Matt. My husband and I met Art when Jenny and Matt were dating, which is now 21 years ago. When first meeting Art, I was made to feel very welcomed by his easy smile and engaging conversation. When Matt and Jenny became engaged and eventually made wedding plans, Art told us that our daughter would be welcomed into their family. Since we were living in Alaska at the time and Jenny would be in California, this made me feel that she had a safe place in the Hudson family. Through the years, Art has exhibited his acceptance and love for Jenny. Also, the outpouring of love for his family has been very evident through the years. He was a caring son-in-law to his in-laws who lived with their family for many years in Monterrey. He made sure that his father-in-law, "Pop," was able to get to mass every day. He was always very concerned for the well-being of his in-laws making sure they were comfortable and well taken care of. His commitment to family has always been a top priority for Art.

When coming to California to visit, my husband and I have always been graciously welcomed to be with Art and his family. We have shared meals together and many family events together i.e., baptisms, school events, dance recitals, soccer games, and softball games. We have truly become extended family. My husband and I share two granddaughters with Art. Allie is 12 and Julianne is 8. We have witnessed the deep love Art has shown them and also his other grandchildren. His joyful spirit, kind nature, and witty humor makes them feel so special. Any event is better when Art is present.

Our daughter has appreciated Art's legal advice when he sat on the board of directors of her dance studio. He was available to answer questions, calls, and support when needed. He was a big help to her.

I was saddened to hear of the situation that has brought us to this point. The impact for Art and his family rests on the court's decision in the days to come. Speaking on behalf of Art's beloved family, and myself as an extended family member, I ask that you consider leniency in his sentencing. His nine grandchildren are in their formative years of life and would be negatively impacted by having Art removed from their lives.

Thank you for your consideration. Feel free to contact me if you would have any questions.

Respectfully,

Delores M. Noeldner

Exhibit N

May 17, 2021

To: Honorable James Donato
United States District Judge
c/o Gabriela Bishof
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

From: Richard Noeldner
Family friend of John Arthur Hudson



Dear Judge Donato,

I am Richard Noeldner, father of Jenny Hudson, who is daughter-in-law to John Arthur Hudson (Art). My work has been in counseling and pastoral care as a hospital chaplain and in a parish. I have known Art for about 21 years. My daughter, Jenny married Art's son, Matthew. Getting to know Art in events and gatherings before and after Jenny and Matthew's wedding showed to me how gracious and caring Art is as he gave special time to my wife and me, and especially to our daughter Jenny as we got to know Art more intimately. My wife and I commented as to Art's special concern for his family and friends. He was especially kind and caring when my immediate family came from the Midwest to visit. Art opened his home to us where we stayed on different occasions and Art would make sure we were well cared for.

Art has especially been helpful and giving of his love and care for our daughter when she needed some advice or someone to talk with when we were so many miles away.

Art and I share two granddaughters, Julianne and Allie. When the grandchildren came along, Art always showed that they were first priority and they have come to love their Grandpa dearly. Again, we are grateful Art lives closer by and loves special times with them at birthday parties, holidays, and watching them at sports events, dances and school activities. Art is definitely a big part of their lives. I have seen the interactions with the grandchildren when sitting with Art playing games and having meals together. They love his sense of humor and genuinely kind spirit.

When I learned of Art's legal issues I was stunned and mystified not knowing how it would affect his family especially his children and grandchildren. Art has sought to maintain those relationships with his family since they first heard about his legal issues. Art has been diagnosed with pulmonary fibrosis making his situation more complicated. I request leniency in the sentencing as the healing for Art's family is of paramount concern.

Thank you for your time.

Respectfully yours,

Richard L. Noeldner

Exhibit O

FILED

**STATE BAR COURT OF CALIFORNIA**

DEC 3 0 2020

**REVIEW DEPARTMENT**

STATE BAR COURT
CLERK'S OFFICE
LOS ANGELES

**En Banc**

| | | |
|---|---|---|
| In the Matter of | ) | SBC-20-C-30839 |
| | ) | |
| JOHN ARTHUR HUDSON, | ) | ORDER |
| | ) | |
| State Bar No. 85799. | ) | |
| | ) | |

On December 4, 2020, the Office of Chief Trial Counsel of the State Bar (OCTC) submitted a Transmittal of Records of Conviction of John Arthur Hudson. Since OCTC presented evidence that Hudson has been convicted of two counts of violating title 18 United States Code section 1343 (wire fraud), felonies involving moral turpitude, it is ordered pursuant to Business and Professions Code section 6102 that Hudson be suspended from the practice of law effective January 25, 2021, pending final disposition of this proceeding. (Cal. Rules of Court, rule 9.10(a).) It is further ordered that Hudson comply with California Rules of Court, rule 9.20, and perform the acts specified in subdivisions (a) and (c) of that rule within 30 and 40 days, respectively, after the effective date of this suspension.

Within 120 days of the date of this order, OCTC is ordered to submit evidence of finality or provide an update on finality.

PURCELL

_____
Presiding Judge

## CERTIFICATE OF ELECTRONIC SERVICE

(Rules Proc. of State Bar, rule 5.27.1.)

I, the undersigned, certify that I am a Court Specialist of the State Bar Court. I am over the age of eighteen and not a party to the within proceeding. Pursuant to standard court practice, on December 30, 2020, I transmitted a true copy of the following document(s):

ORDER FILED DECEMBER 30, 2020

by electronic service to David Cameron Carr at the following electronic service address as defined in rule 5.4(29) and as provided in rule 5.26.1 of the Rules of Procedure of the State Bar:

dccarr@ethics-lawyer.com

by electronic service to Brandon K. Tady at the following electronic service address as defined in rule 5.4(29) and as provided in rule 5.26.1 of the Rules of Procedure of the State Bar:

Brandon.Tady@calbar.ca.gov

The above document(s) was/were served electronically. My electronic service address is CtroomA@statebarcourt.ca.gov  and my business address is 845 South Figueroa Street, Los Angeles, CA 90017.

I declare, under penalty of perjury under the laws of the State of California, that the information above is true and correct.

Date: December 30, 2020

Julieta Gonzales
Court Specialist
State Bar Court

Exhibit P

John A. Hudson

██████████████

Sacramento, Ca. 95823

Hon. James Donato
Unites States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

re: USA vs. Hudson, John

Dear Hon. Judge Donato:

I wish first of all to extend my sincere and unqualified apology to those who have been harmed by my wrongful conduct in this matter.

I was entrusted by two beneficiaries, and the court, with the responsibility of gathering and distributing rent payments from a commercial property in San Francisco, and managing tenant relations and risk management at that location.

In this role as sole trustee of the thirty-year Trust which owned the commercial property, I betrayed the fiduciary responsibilities that I had accepted in 2010, by using the asset equity as collateral on loans which I improperly used for my own benefit.

I sincerely apologize to the lenders and beneficiaries for this betrayal, and for the financial losses incurred when the Trust was terminated in 2019, and the commercial property was sold.

I sincerely apologize to the third victim listed, J.D., a client in a prior case. I wrongfully took advantage of our relationship in order to delay my financial collapse.

I also deeply apologize to the many others less directly harmed by my conduct. I have been a member of the legal profession for over forty-two years, and I know full well that when one member acts without the level of integrity required and demanded of all fiduciaries or attorneys, it reflects very badly on the entire profession. I apologize to the court and to the members of my profession for failing to meet the high standards which they maintain every day for the benefit of our society.

I also sincerely apologize to my family for the emotional pain and anxiety I have imposed upon them.

My conduct has caused separation from my devoted wife of forty-eight years, and my relationship with my four adult children is now polite and strained, rather than informal and joyful as before. I feel great personal shame, guilt, and remorse for this loss that I have caused, and I cannot imagine their sense of disappointment now, in a father who once held their respect and admiration. My family deserved better conduct from me, and a better example as role model to my grandchildren. In that regard, I know that I have failed them, and I deeply regret causing the loss of those family relationships.

In hindsight, I cannot imagine how I could have put my integrity, my professional reputation, my obligations, and my family relationships at such risk. At my advanced age, I have obtained more than adequate understanding and life experience to recognize the risks inherent in my conduct, and I failed to act with the requisite honesty and integrity, despite recognition of the risks.

I have been honored to serve nearly nine years, as a younger man, in intense public service as a prosecutor, and as a firefighter, in different counties, surrounded by othere who upheld the high standards of those fields of endeavor. I therefore have no excuse for my failure to adopt and maintain those same public service ideals, which I learned over those many years.

The reasons for my misconduct were financial. I put my life savings into the purchase of a home in 2006 in an area that had never experienced anything other than exceptional growth in equity over the last fifty years. Within two years, as a result of the national subprime crisis and asociated collapse of the economy, the value of my real property had dropped fifty percent, as had most real property in California. I had lost my life savings in the loss of all the equity, and the only way to recover the loss was to hold the property for as many years as necessary to recover the equity. At the same time, my business income suffered setbacks because of the stae of the economy. It required more than a decade just to break even on the loss, as the value of homes very slowly recovered. I had hoped to repay the loans from incrfeased income or increased equity, but neither source arrived. I allowed my pride and shame in those conditions to guide my actions, rather than adopting the proper life lessons I learned from my family, in order to resolve and accept my financial loss.

In 2011, facing growing expenses and reduced income, I wrongfully undertook these transactions in order to buy time to recover financially. I was not able to do so.

I intend, to the best of my ability, to repay the losses in this case identified as restitution, and I hope in the future to have an opportunity, in my remaining

years, to become again a productive, hard-working, and contributing member of my community.

Respectfully submitted,

John A. Hudson